**Larry SCOTT, a/k/a John Doe, Plaintiff—Appellant,**

v.

**Doctor GOWAN; Carl Mitchell, Doctor, Physician, Defendants—Appellees,**

v.

**South Carolina Department Of Corrections; Gary Maynard, Director, Defendants.**

No. 04–6142.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2004.

Decided: May 19, 2004.

Larry Scott, Appellant pro se.

Daniel Roy Settana, Jr., McKay, McKay & Settana, P.A., Columbia, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Scott v. Gowan,* No. CA–02–4206–3–22BC (D.S.C. Dec. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*